UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**SASHA NIANG**

**V.** **CIVIL ACTION NO. 26-CV-13568-DJC**

**ANTONE MONIZ, ET AL.,**

## ORDER OF DISMISSAL

CASPER, D.J.

In accordance with the ECF Order dated August 25, 2026 denying the Petition, D. 1, it is hereby ORDERED the above-entitled action be and hereby is DISMISSED.

August 25, 2026

/s/ Savannah Cook
Deputy Clerk